**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

| | | |
|---|---|---|
| **JUSTICE CARVER,** | ) | **CASE NO.: 1:23-cv-061** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE:  Thomas S. Kleeh** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FRANKLIN JAMES GIBSON, and** | ) | |
| **AUSTIN POWDER COMPANY,** | ) | |
| | ) | |
| **Defendants.** | | |

## AGREED DISMISSAL ORDER

This day came the parties by their respective counsel of record and advised the Court that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff has elected to voluntarily dismiss his claims against the Defendants in this civil action in their entirety, with prejudice.

The Court hearing and having no objection it is hereby accordingly **ORDERED** that Civil Action No. 1:23-cv-00061 is **DISMISSED WITH PREJUDICE** and stricken from the docket.  It is further **ORDERED** that the parties are to bear their own respective costs and fees incurred.

The Clerk is directed to provide or make available certified copies of this Order to the undersigned counsel of record after entry.

ENTER this 23rd day of September, 2024.

_____
Judge Thomas S. Kleeh

Prepared by:

/s/ R. Mitch Moore
Crystal Bombard-Cutright, Esq. (WV Bar #11631)
R. Mitch Moore, Esq. (WV Bar #13659)

Agreed to by:

/s/ Carl A. Frankovitch
Carl A. Frankovitch, Esq.
Frankovitch, Anetakis, Simon,

23005745.1

Steptoe & Johnson PLLC
1000 Swiss Pine Way, Suite 200
P.O. Box 1616
Morgantown, WV 26507-1616
PH: 304.598.8000
cris.cutright@steptoe-johnson.com
mitch.moore@steptoe-johnson.com

Chad Kessinger, Esq. (*Pro Hac Vice*)
BARNES MALONEY PLLC
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: 502.625.1675
ckessinger@sbmkylaw.com
**Counsel for Defendants**

Decapio & Pearl, LLP
337 Penco Road
Weirton, WV 26062
**Counsel for Plaintiff**

23005745.1